**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TAMMY KARLGAARD,

Plaintiff,

v. CIVIL NO. 00-1174 (DWF/AJB)

HEYDE HOSPITALITY INC.,
a Wisconsin corporation,
dba Park Inn and Suites, and
PATRICK ADDERLEY,

Defendants.

---

ERIN WHEELER,

Plaintiff,

v. CIVIL NO. 00-1555 (DWF/AJB)

HEYDE HOSPITALITY INC.,
a Wisconsin corporation,
dba Park Inn and Suites,

Defendant.

---

NATASHA OLSON,

Plaintiff,

v. CIVIL NO. 00-1556 (DWF/AJB)

HEYDE HOSPITALITY INC.,
a Wisconsin corporation,
dba Park Inn and Suites,

Defendant.

**ORDER OF DISMISSAL**

Filed FEB 27 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

---

Donald Nichols, Esq., and Steven Smith, Esq., Nichols Kaster & Anderson, 4644 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, counsel for Plaintiffs.

Jacqueline Mrachek, Esq., Lapp Libra Thomson Stoebner & Pusch, 120 6th Street South, Suite 2500, Minneapolis, MN 55402; James Marks, Esq., Beck & Marks, 2785 White Bear Avenue South, Suite 404, Maplewood, MN 55109, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 27, 2002

DONOVAN W. FRANK
Judge of United States District Court