**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tammy Karlgaard,

Plaintiff,

v.

Heyde Hospitality, Inc., d/b/a Park Inn and Suites, a Wisconsin Corporation,

Defendant.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 00-1174 DWF/AJB

The above-entitled action, having been partially compromised and settled,

IT IS HEREBY STIPULTED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is partially dismissed with prejudice as it pertains to the claims of Tammy Karlgaard against Heyde Hospitality, Inc., d/b/a Park Inn and Suites, and on the merits, but without further costs to any of the parties. Tammy Karlgaard specifically assigns to her claims against Patrick Adderly to Heyde Hospitatlity, Inc., d/b/a Park Inn and Suites.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause a partial judgment of dismissal with prejudice regarding the claim of Tammy Karlgaard against Heyde Hospitality, Inc., d/b/a Park Inn and Suites, and on the merits to be entered herein.

MAR 01 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NICHOLS, KASTER & ANDERSON, PLLP

Dated: 2-27-02

By ______________________
Donald H. Nichols, (#78918)
Steven Andrew Smith (#260836)
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Attorneys for Plaintiff Tammy Karlgaard

GREENE ESPEL, PLLP

Dated: 2/27/02

By Jacqueline A. Mrachek
Jacqueline A. Mrachek (#216434)
333 South 7th Street
Suite 1700
Minneapolis, MN 55402

Attorney for Defendant Heyde Hospitality, Inc., d/b/a Park Inn and Suites

**ORDER FOR DISMISSAL**

BASED UPON the Stipulation of the parties, the above-captioned matter is hereby DISMISSED WITH PREJUDICE AND UPON THE MERITS and without further costs to any party.

Date: 3/01/02 ~~2/26/02~~

______________________
DONOVAN W. FRANK
U.S. District ~~Court~~ Judge